

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2020

No. 04-18-00515-CV

**SOUTHCROSS ENERGY PARTNERS GP, LLC.**,
Appellant

v.

Ivy **GONZALEZ** on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, and the Estate of Jesus Gonzalez, Jr.; Amy and Jesus Gonzalez, Sr.; and Rene Elizondo,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139
Honorable Sandra L. Watts, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

On December 23, 2019, the court set this case for formal submission and oral argument on May 14, 2020. The May 14, 2020 submission date is hereby WITHDRAWN. This case will be retained on the court's oral argument docket. The court will notify the parties of the new date for oral argument with at least 30 days' notice. The court will hold oral argument in accordance with any applicable emergency orders in effect on the date of oral argument.

It is so **ORDERED** on April 20, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court